*Solicitor General Washington, Roger S. Foster, Robert S. Rubin* and *W. Victor Rodin* for respondent. 

No. 849. SPEVAK, DOING BUSINESS AS J. SPEVAK & CO., ET AL. *v.* UNITED STATES. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Robert E. Coughlan, Jr.* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 851. VARNEDOE *v.* ALLEN, COLLECTOR OF INTERNAL REVENUE. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Welborn B. Cody* for petitioner. *Acting Solicitor General Washington, Sewall Key, Helen R. Carloss* and *Muriel S. Paul* for respondent. 

No. 881. ANDREWS *v.* UNITED STATES. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *James F. Kemp* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States. 

No. 889. VALCO MORTGAGE CO., INC. ET AL. *v.* 536 BROAD STREET CORP. February 17, 1947. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *John Warren* for petitioners. *Benjamin M. Weinberg* for respondent.